UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

                Plaintiff,

        -against-

SEAN P. DIDDY COMBS; BAD BOY
ENTERTAINMENT; ATLANTIC RECORD,

                Defendants.

24cv3624 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 13, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                       Chief United States District Judge